UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------

HARTFORD INSURANCE COMPANY,                    CIVIL ACTION

                     Plaintiff,          CASE NO. 15-cv-08956 (ES)(MAH)

    vs.
                                      **STIPULATION EXTENDING**
**TIME FOR ANSWER**

PETER ZARRIELLO, STELLA L. ZARIELLO (in her
capacity as Personal Representative of THE
ESTATE OF RICHARD J. ZARRIELLO),

                    Defendants.

------------------------------------------------------------

IT IS hereby stipulated and agreed by and between the attorneys for plaintiff, HARTFORD

INSURANCE COMPANY, and the attorneys for defendant, PETER ZARRIELLO that the time

within which for said defendant to answer or otherwise respond to the plaintiff's Complaint is hereby

extended to March 10, 2016.

Dated:   New York, NY
         February 10, 2016

 

_____          _____
AMY VAN HEVELINGEN, ESQ.                     ERIC DINNOCENZO
d'Arcambal Ousley & Buyler Burk, LLP          Law Offices of Eric Dinnocenzo
Four Century Drive                            469 Seventh Avenue, Suite 1215
Parsippany, NJ 07054                          New York, NY 10018
Telephone: (973) 734-3200                     Telephone: (212) 933-1675
Facsimile: (973) 734-3201                     Facsimile: (212) 249-5624
E-mail: avanhevelinger@darcambal.com          Email: eric@dinnocenzolaw.com
*Attorney for Plaintiff*                       *Attorney for Defendant Peter Zarriello*

 

 

_____
SO ORDERED